# CLEMENT RIVERS, LLP

ATTORNEYS AT LAW

**Duke R. Highfield**
**Partner**

**Direct Dial: (843) 720-5456**
**Direct Fax: (843) 579-1330**
**E-mail: dhighfield@ycrlaw.com**

May 23, 2025

**Via E-Mail**
Michael H. Ellis, Esquire
The Derrick Law Firm
901 Main Street
Conway, SC 29526

Re: Frederick Cooper v. Schindler Elevator Corporation and John Doe
Case No.: 2025CP2603737
Claim No.: 190538834
Date of Loss: 2/06/2025
YCR File: 3917-20250642

Dear Micheal:

I have been retained to represent the interests of the Defendants in the above-referenced matter. Based on my review of the Complaint, this case is subject to removal. If you are not going to claim that the total damages exceed $75,000.00, we will obviously not proceed with removal. To that, attached is a proposed damages stipulation. If you are not seeking damages in excess of $75,000.00, please sign and return the enclosed damages stipulation and return it to me no later than May 28, 2025. If I have not received the original back by that time, I will proceed with removal to federal court.

With kindest regards, I am

Sincerely,

CLEMENT RIVERS, LLP

Duke R. Highfield
Partner

DRH/lsr
Enclosure(s)

**Brennan, Sally**

**From:** Mike Ellis <mike.ellis@derricklawfirm.com>
**Sent:** Friday, May 23, 2025 1:44 PM
**To:** Ruddy, Laura
**Cc:** Highfield, Duke; Brennan, Sally; FrederickCooperZ4928883 @derricklawfirm.filevineapp.com
**Subject:** RE: Frederick Cooper v. Schindler Elevator Corporation and John Doe (25-0642)

Duke,

You can go ahead and remove. Plaintiff does not stipulate.

Thanks,


Michael H. Ellis
*Attorney*
Derrick Law Firm Injury Lawyers
Direct: 843-488-3228
Office: 843-248-7486
Fax: 843-248-7510
www.derricklawfirm.com
mike.ellis@derricklawfirm.com

**Conway | Myrtle Beach | North Myrtle Beach | Murrells Inlet | Charleston | North Charleston | Mt. Pleasant | Florence**


Note: Please be aware that unencrypted electronic mail is not secure. For this reason, please do not send any sensitive personal information such as your address, driver license, policy number, Social Security Number, or claims information by unencrypted electronic mail. The information contained in this message may be privileged and confidential and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer. Thank you.

**From:** Ruddy, Laura <lruddy@ycrlaw.com>
**Sent:** Friday, May 23, 2025 1:34 PM
**To:** Mike Ellis <mike.ellis@derricklawfirm.com>
**Cc:** Highfield, Duke <dhighfield@ycrlaw.com>; Brennan, Sally <sbrennan@ycrlaw.com>
**Subject:** Frederick Cooper v. Schindler Elevator Corporation and John Doe (25-0642)

**CAUTION:** This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe. Please report any suspicious attachments, links, or requests for sensitive information.

Good afternoon,
Please see the attached correspondence sent in connection to the above-referenced matter.

Kind regards,

**Laura S. Ruddy**
Legal Secretary
**Clement Rivers, LLP**
Mailing Address: P.O. Box 993, Charleston, SC 29402-0993
Direct Dial: 843.720.5459 l Fax: 843.579.1340 l lruddy@ycrlaw.com

CLEMENT RIVERS, LLP
25 Calhoun Street • Suite 400 • Charleston, SC 29401
ycrlaw.com

Clement Rivers, LLP
http://www.ycrlaw.com
Charleston: (843) 577-4000

Attachments larger than 40MB may be rejected by the firm's server. If you are sending an attachment of this size or larger, please contact the intended recipient to inform him/her of your transmission.

"ATTORNEY-CLIENT PRIVILEGED; DO NOT FORWARD WITHOUT PERMISSION." The information contained in this transmission is privileged and confidential. It is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone or by email to email@ycrlaw.com or by replying to this message and destroy all copies of this message and all attachments.